IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RYAN MONAGHAN                                                                                    PLAINTIFF

v.                                                                  CIVIL ACTION NO. 1:19-cv-895-MTP

COMMISSIONER OF SOCIAL SECURITY                                              DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on Plaintiff's complaint seeking judicial review of a final decision of the Commissioner of Social Security Administration and a decision having been duly rendered by separate Opinion and Order,

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the 5th day of October, 2020.

_____
Michael T. Parker
United States Magistrate Judge